STATE v. MORGANHERRING

No. 340A95

Case below: Wake County Superior Court

Application by defendant for writ of habeas corpus dismissed 13 September 1995.

STATE v. PARKER

No. 312P95

Case below: 119 N.C.App. 606

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995. Petition by defendant for writ of certiorari to review the decision of the Court of Appeals denied 5 October 1995. Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 5 October 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STATE v. SOLES

No. 290P95

Case below: 119 N.C.App. 375

Notice of appeal by defendant (substantial constitutional question) dismissed 5 October 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STATE v. SPENCER

No. 372P95

Case below: 119 N.C.App. 662

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STATE v. WAGNER

No. 227P95

Case below: 118 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.